United States District Court
Southern District of Texas
**ENTERED**
June 22, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| ANTONIO YOUNG Plaintiff, | § § § § | CIVIL ACTION NO. 4:21-cv-02116 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| BAYLOR SCOTT AND WHITE MEDICAL CENTER, *et al*, Defendants. | § § § § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan dated May 18, 2022. Dkt 21. No objections were filed by either party.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 21.

The motion by Defendants to dismiss Plaintiff's complaint is GRANTED. Dkt 10.

The motion by Plaintiff to amend his complaint is DENIED. Dkt 16.

All claims asserted by Plaintiff are DISMISSED WITH PREJUDICE.

A final judgment will enter separately.

SO ORDERED.

Signed on June 22, 2022, at Houston, Texas.

*[signature]*
Hon. Charles Eskridge
United States District Judge